

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00149-CV

$8,760.00 IN U.S. CURRENCY; WATCH; LAPTOP COMPUTERS; TELEVISIONS; ATHLETIC JERSEYS; PAIRS OF SHOES; 1999 LEXUS AND 2007 LEXUS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. D213-S-12259A-13, Honorable Timmie Ray White, Presiding

October 17, 2016

# ORDER

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Jimmy Sonny Salinas, Jr., filed a notice of appeal on February 19, 2016. We dismissed the appeal for want of prosecution on July 1, 2016. Appellant filed a motion for rehearing on July 22, 2016. Subsequently, Appellant filed a brief on August 30, 2016, that did not comply with Texas Rule of Appellate Procedure 38.1. This court notified Appellant of this defect and gave him the opportunity to file a corrected brief by September 12, 2016. To date, no such brief has been filed.

However, we vacate the dismissal and restore the appeal to the court's docket. We accept the August 30, 2016, brief subject to the consequences of filing a brief that does not comply with the Texas Rules of Appellate Procedure which may result in waiver of Appellant's arguments.

Per Curiam